IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYAN AVILA,

    Plaintiff,                    CIV S-07-1331 KJM

    vs.

MICHAEL J. ASTRUE,

    Defendant.              <u>ORDER</u>

                             /

        Plaintiff has filed an in forma pauperis affidavit in which he states that he is currently employed and earns $18.00 per hour. The affidavit does not indicate the number of hours worked on a monthly basis but presuming full time employment of forty hours per week, plaintiff's income is approximately $2,880 gross per month.

        Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a). The amount of plaintiff's income shows that plaintiff is able to pay the filing fee and costs. Thus, plaintiff has made an inadequate showing of indigency. <u>See</u> <u>Alexander v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>, 939

1

1 | F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).
2 | Plaintiff will therefore be granted twenty days in which to submit the appropriate filing fee to the
3 | Clerk of the Court.  Plaintiff is cautioned that failure to pay the fee will result in a
4 | recommendation that the application to proceed in forma pauperis be denied and the instant
5 | action be dismissed without prejudice.
6 |       Accordingly, IT IS HEREBY ORDERED that, within twenty days from the date
7 | of this order, plaintiff shall submit the appropriate filing fee.
8 | DATED: July 26, 2007.

_____
U.S. MAGISTRATE JUDGE

006
avila.den

2